IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALIF ALSTON,**<br>            Petitioner,<br><br>          v.<br><br>**SUPERINTENDENT ROBERT GILMORE, THE DISTRICT OF ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>            Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 14-6439** |

### O R D E R

**AND NOW**, this 29th day of December, 2016, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Khalif Alston, the record in this case, the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 16, 2016, and *pro se* petitioner's Written Objections in Responce [sic] to Report and Recommendation Filed by Henry S. Perkin, M.J., **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 16, 2016, is **APPROVED** and **ADOPTED**;

2. *Pro se* petitioner's Written Objections in Responce [sic] to Report and Recommendation Filed by Henry S. Perkin, M.J., which repeats the arguments made in support of his Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus and fails to address errors in the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 16, 2016, are **OVERRULED** for the reasons stated in the Report and Recommendation which this Court has approved and adopted;

    3.       The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Khalif Alston is **DENIED WITH PREJUDICE**;

    4.       *Pro se* petitioner's request for an evidentiary hearing is **DENIED** on the ground that all of the evidence relevant to a ruling on the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is a matter of record;

    5.       A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, and (b) the propriety of this Court's procedural ruling with respect to petitioner's claim. See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                          **BY THE COURT:**

                          **/s/ Hon. Jan E. DuBois**

                             **DuBOIS, JAN E., J.**